STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>EPSILON ELECTRONICS, INC., d/b/a POWER ACOUSTIK,<br><br>*Defendant*. | CASE NO. 2:22-cv-02897<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**COMPLAINT** |

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Epsilon Electronics, Inc. d/b/a Power Acoustik ("Defendant" or "Power Acoustik") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a California corporation with a principal place of business at 1550 S Maple Ave, Montebello, California, 90640. On information and belief, Defendant may be served through its agent, Jack Rochel, at the same address.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including at least Claim 12 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the Power Acoustik car stereo, associated software, hardware and/or apps, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14. Regarding Claim 12, the Product is a media system through which a user can view a media file (e.g., camera photos) from a camera, through a media terminal (e.g., smartphone) from a media node (e.g., Bluetooth server) over a communication network (e.g. Bluetooth network) through a communication link (wireless communication). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://poweracoustik.com/product/pd-1032b/



Source: https://poweracoustik.com/product/pd-1032b/

15. The Product includes at least one media terminal disposed in an accessible relation to at least one interactive computer network. For example, the Bluetooth network is used to play music and video from mobile. Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://poweracoustik.com/product/pd-1032b/

16. A wireless range is structured to permit authorized access to the at least one interactive computer network. For example, the smartphone is connected through a Bluetooth when the mobile is paired with Bluetooth using Bluetooth code that permits the connection of the mobile by the wireless network (interactive computer network).

> **Pairing Mode**
> At the 1st time when using BLUETOOTH, you need to pair the mobile phone first. When a phone have not been paired with the unit, the BT icon and Pairing mark will blink continually on the panel.
> When the unit have connect with phone, the BT icon will turn on and the Mobile phone name (if available) will be display on the panel.
> According to mobile pairing device manual, after searching new device(PowerAcoustik), select it, input password "0000" and confirm ok, device paring is finished.
> The text 'Enter Number' will shows on the panel after the pairing is completed.
> It means device is connected and ready for BLUETOOTH communication.
> Auto-connect – Disconnect
> When power on the unit, the last paired phone will be connected to the device via Bluetooth automatically, after searching about one minute, if the device cannot find the paired phone, it will stop searching. When in standby mode (unconnected), long press Bluetooth button on remote control to active auto-connect function and the device will search the last paired phone. If you want to disconnect the Bluetooth connection, turn off the Bluetooth on the phone.

Source: https://poweracoustik.com/wp-content/uploads/2020/03/PD-1032B_compressed.pdf

17. At least one media node is disposable within the wireless range, wherein the at least one media node is detectable by the at least one media terminal. For example, the media node (connecting Car stereo) sends Bluetooth signals, which are detected by the mobile (at least one media terminal) when the mobile is paired with Bluetooth. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

COMPLAINT AGAINST EPSLILON ELECTRONICS, INC.

> **Pairing Mode**
> At the 1st time when using BLUETOOTH, you need to pair the mobile phone first. When a phone have not been paired with the unit, the BT icon and Pairing mark will blink continually on the panel.
> When the unit have connect with phone, the BT icon will turn on and the Mobile phone name (if available) will be display on the panel.
> According to mobile pairing device manual, after searching new device(PowerAcoustik), select it, input password "0000" and confirm ok, device paring is finished.
> The text 'Enter Number' will shows on the panel after the pairing is completed.
> It means device is connected and ready for BLUETOOTH communication.
> Auto-connect – Disconnect
> When power on the unit, the last paired phone will be connected to the device via Bluetooth automatically, after searching about one minute, if the device cannot find the paired phone, it will stop searching. When in standby mode (unconnected), long press Bluetooth button on remote control to active auto-connect function and the device will search the last paired phone.
> If you want to disconnect the Bluetooth connection, turn off the Bluetooth on the phone.

Source: https://poweracoustik.com/wp-content/uploads/2020/03/PD-1032B_compressed.pdf

18. At least one digital media file is initially disposed on at least one of the at least one media terminal or the at least one media node and the at least one media terminal is structured to detect the at least one media node disposed within the wireless range. For example, the mobile (media terminal) is connected with the car stereo through a Bluetooth when the mobile comes within range (wireless) of the Bluetooth signals.

> **Pairing Mode**
> At the 1st time when using BLUETOOTH, you need to pair the mobile phone first. When a phone have not been paired with the unit, the BT icon and Pairing mark will blink continually on the panel.
> When the unit have connect with phone, the BT icon will turn on and the Mobile phone name (if available) will be display on the panel.
> According to mobile pairing device manual, after searching new device(PowerAcoustik), select it, input password "0000" and confirm ok, device paring is finished.
> The text 'Enter Number' will shows on the panel after the pairing is completed.
> It means device is connected and ready for BLUETOOTH communication.
> Auto-connect – Disconnect
> When power on the unit, the last paired phone will be connected to the device via Bluetooth automatically, after searching about one minute, if the device cannot find the paired phone, it will stop searching. When in standby mode (unconnected), long press Bluetooth button on remote control to active auto-connect function and the device will search the last paired phone.
> If you want to disconnect the Bluetooth connection, turn off the Bluetooth on the phone.

Source: https://poweracoustik.com/wp-content/uploads/2020/03/PD-1032B_compressed.pdf

19. A communication link is structured to dispose the at least one media terminal and the at least one media node in a communicative relation with one another via the at least one interactive computer network. For example, the mobile (media terminal) connects when the Car Stereo (i.e. media node) comes to the Bluetooth range detected by mobile (at least one media terminal) through a Bluetooth network (interactive computer network).



Source: https://poweracoustik.com/product/pd-1032b/

20. The communication link is initiated by the at least one media terminal. For example, the communication link, i.e. Bluetooth network, which is the link between mobile and the Car Stereo (i.e. media node) whenever the Car Stereo (i.e. media node) comes to Bluetooth range of mobile (at least one media terminal).

Source: https://poweracoustik.com/wp-content/uploads/2020/03/PD-1032B_compressed.pdf

21. The at least one media node and the at least one media terminal are structured to transmit the at least one digital media file there between via the communication link. For example, the mobile is connected with the Car Stereo through a Bluetooth network (media node) when the mobile (media terminal) is within the Bluetooth range.

> **Pairing Mode**
> At the 1st time when using BLUETOOTH, you need to pair the mobile phone first. When a phone have not been paired with the unit, the BT icon and Pairing mark will blink continually on the panel.
> When the unit have connect with phone, the BT icon will turn on and the Mobile phone name (if available) will be display on the panel.
> According to mobile pairing device manual, after searching new device(PowerAcoustik), select it, input password "0000" and confirm ok, device paring is finished.
> The text 'Enter Number' will shows on the panel after the pairing is completed.
> It means device is connected and ready for BLUETOOTH communication.
> Auto-connect – Disconnect
> When power on the unit, the last paired phone will be connected to the device via Bluetooth automatically, after searching about one minute, if the device cannot find the paired phone, it will stop searching. When in standby mode (unconnected), long press Bluetooth button on remote control to active auto-connect function and the device will search the last paired phone. If you want to disconnect the Bluetooth connection, turn off the Bluetooth on the phone.

Source: https://poweracoustik.com/wp-content/uploads/2020/03/PD-1032B_compressed.pdf



> Power Acoustik multimedia source units feature built-in Bluetooth technology, allowing the safe integration of smartphones and other devices into the car audio system. A2DP and AVRCP profiles allow for wireless audio streaming from the mobile device to the car stereo. Select media players and 3rd party apps can be controlled from the receiver's touchscreen while enjoying quality sound from the car audio system. Phone calls can be accepted or rejected via the receiver's on-screen interface, using most Bluetooth enabled mobile phones. If allowed, contacts list and call logs are transferred to the receiver for easy recall.

Source: https://poweracoustik.com/product/pd-1032b/

22. The communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by

the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal. For example, Car infotainment system is linked through a Bluetooth (i.e. media terminal security) when the mobile is within range (wireless) of the Bluetooth signals.

> Pairing Mode
> At the 1st time when using BLUETOOTH, you need to pair the mobile phone first. When a phone have not been paired with the unit, the BT icon and Pairing mark will blink continually on the panel.
> When the unit have connect with phone, the BT icon will turn on and the Mobile phone name (if available) will be display on the panel.
> According to mobile pairing device manual, after searching new device(PowerAcoustik), select it, input password "0000" and confirm ok, device paring is finished.
> The text 'Enter Number' will shows on the panel after the pairing is completed.
> It means device is connected and ready for BLUETOOTH communication.
> Auto-connect – Disconnect
> When power on the unit, the last paired phone will be connected to the device via Bluetooth automatically, after searching about one minute, if the device cannot find the paired phone, it will stop searching. When in standby mode (unconnected), long press Bluetooth button on remote control to active auto-connect function and the device will search the last paired phone. If you want to disconnect the Bluetooth connection, turn off the Bluetooth on the phone.

Source: https://poweracoustik.com/wp-content/uploads/2020/03/PD-1032B_compressed.pdf

23. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

23. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No.

9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

  (c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

  (d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

  (e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: May 1, 2022      Respectfully submitted,

            */s/Stephen M. Lobbin*
            Stephen M. Lobbin

            ***Attorney(s) for Plaintiff***