**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, SBN: 263375
*AGnanadesigan@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant, EPSILON
ELECTRONICS, INC., d/b/a POWER
ACOUSTIK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EPSILON ELECTRONICS, INC., d/b/a POWER ACOUSTIK, <br><br> Defendant. | Case No. 2:22-CV-02897-E <br><br> Assigned to: <br> Magistrate Judge Charles F. Eick <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: May 9, 2022 <br> Current Response Date: May 31, 2022 <br> New Response Date: June 30, 2022 <br><br> Date Filed: 05/01/2022 |

*(margin, vertical text)* DYKEMA GOSSETT LLP · 333 SOUTH GRAND AVENUE · SUITE 2100 · LOS ANGELES, CALIFORNIA 90071

1    IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between

2  Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant Epsilon

3  Electronics, Inc., d/b/a Power Acoustik ("Defendant"), through their undersigned

4  counsel, that Defendant may have a 30-day extension of time, up to and including

5  June 30, 2022, to file an answer or otherwise respond to Plaintiff's Complaint in the

6  above-captioned action. No prior extension has been requested by Defendant.

7

8  DATED:  May 31, 2022                  DYKEMA GOSSETT LLP

9

10

11                                       By:  _____*/s/ Abirami Gnanadesigan*_____

12                                            Abirami Gnanadesigan
                                             Attorneys for Defendant, EPSILON
13                                           ELECTRONICS, INC., d/b/a POWER
                                             ACOUSTIK
14

15

16  DATED:  May 31, 2022                  SML AVVOCATI P.C.

17

18

19                                       By:  _____*/s/ Stephen M. Lobbin*_____

20                                            Stephen M. Lobbin
                                             Attorneys for Plaintiff, DISPLAY
21                                           TECHNOLOGIES, LLC

22

23

24

25

26  4865-2815-0306.1

27

28

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071