**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, SBN: 263375
*AGnanadesigan@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant, EPSILON ELECTRONICS, INC., d/b/a POWER ACOUSTIK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br>     *Plaintiff*,<br>v.<br>**EPSILON ELECTRONICS, INC., d/b/a POWER ACOUSTIK,**<br>     *Defendant*. | CASE NO.: 2:22-cv-02897-MCS-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: May 1, 2022<br>Current Response Date: July 30, 2022<br>New Response Date: August 29, 2022 |

  Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") and Defendant Epsilon Electronics, Inc. d/b/a Power Acoustik ("Defendant" and/or "Epsilon") (Plaintiff and Defendant are referred to collectively as the "Parties"), by and through their undersigned counsel, stipulate and agree as set forth below.

  WHEREAS, on May 1, 2022, Plaintiff filed its Complaint [Doc. 1];

  WHEREAS, on May 9, 2022, Defendant was served with the Complaint;

  WHEREAS, on May 31, 2022, the Parties entered into a Stipulation pursuant to Local Rule 8-3 to extend Defendant's time to respond to the Complaint from May 31, 2022, to June 30, 2022;

  WHEREAS, on June 28, 2022, the Parties entered into a Stipulation to extend Defendant's time to respond to the Complaint from June 30, 2022, to July 30, 2022;

  WHEREAS, on July 29, 2022, the Parties filed a Stipulation to further extend

1  Defendant's time to respond to the Complaint from July 30, 2022 to August 29, 2022,
2  but inadvertently omitted the necessary proposed order for this Court's approval;

3      WHEREAS, the Parties through counsel are engaged in settlement discussions
4  in an effort to resolve this matter without protracted litigation, and as such, believe good
5  cause exists to further extend Defendant's time to respond to the Complaint;

6      WHEREAS, as described above, only two previous extensions of time have been
7  granted since the filing of the Complaint;

8      WHEREAS, the Parties additionally request that this Stipulation be considered
9  by this Court as a response to the Order to Show Cause issued by this Court on August
10 3, 2022.

11     NOW THEREFORE, in consideration of the foregoing, the PARTIES agree to
12 extend time for Defendant to object, respond to, move, or otherwise answer Plaintiff's
13 Complaint by thirty (30) days up to and including August 29, 2022.

14 Dated: August 4, 2022    Respectfully submitted

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)
Email: sml@smlavvocati.com

***Attorney(s) for Plaintiff***

*/s/ Abirami Gnanadesigan*
Abirami Gnanadesigan
DYKEMA GOSSETT LLP
333 South Grand Avenue Suite 2100
Los Angeles, CA 90071
213-457-1800
Fax: 855-262-1850
Email: agnanadesigan@dykema.com

***Attorney(s) for Defendants***