Abirami Gnanadesigan (SBN: 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br><br>Plaintiff(s)<br>v.<br><br>EPSILON ELECTRONICS, INC., d/b/a POWER ACOUSTIK<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-CV-02897-MCS-RAO<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Zeller, Steven McMahon
*Applicant's Name (Last Name, First Name & Middle Initial*

312-627-2272          866-890-2670
*Telephone Number*       *Fax Number*

szeller@dykema.com
*E-Mail Address*

of   Dykema Gossett PLLC
     10 South Wacker Drive
     Suite 2300
     Chicago, Illinois  60606
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

EPSILON ELECTRONICS, INC.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gnanadesigan, Abirami
*Designee's Name (Last Name, First Name & Middle Initial*

263375           213-457-1800        213-457-1850
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

AGnanadesigan@dykema.com
*E-Mail Address*

of   DYKEMA GOSSETT LLP
     333 S. Grand Avenue
     Suite 2100
     Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

*[signature: Mark C. Scarsi]*

**U.S. District Judge Mark C. Scarsi**

Dated: August 9, 2022